IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

**Shelia White**
    **Plaintiff,**

**V**                                                                       **Civil Number. 20-cv-00264-JB-MU:**

**Bryan C. Matthews,**
**Robert Wilkie,**
**VA Gulf Coast Health Care System,**
**Veterans Health Care System,**
**Kari Lynn Hoerner,**
**Linda Woods,**
    **Defendants**

## TO ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, no defendant in the above captioned action, brought before the United States District Court for the Southern District of Alabama, has served an answer or motion for summary judgement.

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), plaintiff Shelia White hereby voluntarily dismisses the above captioned action, without prejudice, as to all defendants.

Dated: May 16, 2020                        Respectfully submitted,

                                                          Shelia White
                                                          61 Saint Joseph Street
                                                          Suite 1101
                                                          Mobile, AL 36602